

Neil Zipkin (NZ 4718)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

ATTORNEYS FOR PLAINTIFFS
Maribel's Sweets, Inc. and
Maribel's Sweets Madison, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
MARIBEL'S SWEETS, INC. and       :
MARIBEL'S SWEETS MADISON, LLC    :
                                 :
                                 :   Civil Action No.
            Plaintiffs,          :   07 CIV 7900
                                 :
    v.                           :
                                 :
KAIROS GROUP, INC. and           :
CHUAO CHOCOLATIER, INC.,         :
                                 :
            Defendants.          :
---------------------------------x

## RULE 7.1 DISCLOSURE OF MARIBEL'S SWEETS, INC. AND MARIBEL'S SWEETS MADISON, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiffs Maribel's Sweets, Inc. and Maribel's Sweets Madison, LLC hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Maribel's Sweets, Inc. and Maribel's Sweets Madison, LLC: NONE

379224.1

-2-

| | |
|---|---|
| | Respectfully submitted, |
| Dated: New York, New York<br>September 7, 2007 | By _____<br>Neil Zipkin (NZ 4718)<br>AMSTER, ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, New York 10016<br>Tel.: (212) 336-8000<br>Fax: (212) 336-8001<br>Attorneys for Plaintiffs Maribel's Sweets,<br>    Inc. and Maribel's Sweets Madison, LLC |

379224.1