**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIBEL'S SWEETS, INC. and
MARIBEL'S SWEETS MADISON, LLC,

        Plaintiffs,

        -against-

KAIROS GROUP, INC. and
CHUAO CHOCOLATIER, INC.,

        Defendants.
-----------------------------------------------------------X

Case No. 07 CIV 7900
(Judge Marrero)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
        S.S.:
COUNTY OF SAN DIEGO  )

*Andrew Brumbaugh*, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 19th day of December, 2007, at approximately the time of 11:40 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY JUDGMENT AND CANCELLATION OF U.S. TRADEMARK REGISTRATION; RULE 7.1 DISCLOSURE OF MARIBEL'S SWEETS, INC. AND MARIBEL'S SWEETS MADISON, LLC; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO, SOUTHERN DISTRICT OF NEW YORK; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN; AND ECF GUIDELINES upon CHUAO CHOCOLATIER, INC. at 2345 Camino Vida Roble, Carlsbad, CA, by personally delivering and leaving the same with ANN MIDDLEMIST who informed deponent that she holds the position of Account Supervisor with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

ANN MIDDLEMIST is a _white_ female, approximately _35_ years of age, stands approximately _5'5_ feet _5_ inches tall, weighs approximately _135_ pounds with _brown_ hair.

_signature_
PROCESS SERVER

State of California, County of San Diego
Subscribed and Sworn to (or affirmed) before me on this _27_ day of December, 2007 By _Andrew Brumbaugh_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_signature_
NOTARY PUBLIC

AMBRA L. AUSTIN
Commission # 1738614
Notary Public - California
San Diego County
My Comm. Expires Apr 13, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com