# ORIGINAL

Neil Zipkin (NZ 4718)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

ATTORNEYS FOR PLAINTIFFS
Maribel's Sweets, Inc. and
Maribel's Sweets Madison, LLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------x
MARIBEL'S SWEETS, INC. and
MARIBEL'S SWEETS MADISON, LLC

         Plaintiffs,

v.

KAIROS GROUP, INC. and
CHUAO CHOCOLATIER, INC.,

         Defendants.
------------------------------x

Civil Action No. 07 CIV. 7900 (VM)

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P Rule 41(a)(1) Plaintiffs Maribel's Sweets, Inc. and Maribel's Sweets Madison, LLC hereby dismisses the above action against Defendants Kairos Group, Inc. and Chuao Chocolatier, Inc., without prejudice, pursuant to Fed. R. Civ. P Rule 41(a)(1).

Dated: February 1, 2008

By _____
Neil Zipkin (NZ 4718)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Plaintiffs Maribel's Sweets, Inc.
  and Maribel's Sweets Madison, LLC
90 Park Avenue
New York, New York 10016
(212) 336-8000

382909.2

SO ORDERED:

2-5-08
DATE     VICTOR MARRERO, U.S.D.J.